DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** August 1, 2022 |
| **Case Number:** CV-19-00349-PHX-SMB | |
| **Montez v. Maricopa, County of et al** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Gillmore Birch Bernard | Maxine S. Mak |
| | Jocquese Lamount Blackwell | Jonathan C. Simon |

**FINAL PRETRIAL CONFERENCE:**

10:01 a.m. This is the time set for Final Pretrial Conference. Trial procedures are discussed. During voir dire, the parties will be limited to follow-up questions only. Each side will be allowed four peremptory strikes. The Court will seat seven (7) jurors with an alternate randomly selected at the end of trial, but before deliberations. The Court will address the parties' objections to certain voir dire questions the day of trial. The parties are provided with a draft copy of the preliminary jury instructions to review and discuss prior to trial.

Defendant's Motions in Limine, Docs. 103 and 104 are discussed. **IT IS ORDERED** that Defendant's Motion in Limine No. 1 to Exclude Testimony of Charles Mesloh, PH.D. (Doc. 103) is granted in so far that he cannot testify as to Plaintiff's pre-deployment behavior. Further, Dr. Mesloh cannot give his opinion on what he thinks the police should have or could have done including alternate uses of force as to deployment. **IT IS ORDERED** granting Defendant's Motion in Limine No. 2 (Doc. 104).

The parties are put on notice that the trial may need to be continued due to a conflict in the Court's calendar with a criminal trial.

| | |
|---|---|
| Deputy Clerk: Elaine Garcia | **Total:** 32 minutes |
| Court Reporter: Christine Coaly | **Start:** 10:01 AM |
| | **Stop:** 10:33 AM |